## 13438. DAVIS *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 9, 1922.

Conviction of manslaughter; from Bleckley superior court — Judge Graham. February 11, 1922.

*C. A. Weddington, R. A. Whipple, John R. Cooper,* for plaintiff in error.

*M. H. Boyer, solicitor-general, W. A. Wooten,* contra.